IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICKIE MCCLAIN, ) | Civil Action No. 2:20-01485-CCW |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CONNELLSVILLE SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in this case and ask that the matter be statistically closed with the Court to retain jurisdiction until all settlement matters have been completed.

Respectfully submitted,

LAW OFFICES OF JOEL SANSONE

s/Joel S. Sansone
Joel S. Sansone, Esquire
PA ID No. 41008
Massimo A. Terzigni, Esquire
PA ID No. 317165
Elizabeth A. Tuttle, Esquire
PA ID No. 322888
*Counsel for Plaintiff*

Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194

Dated: December 6, 2021